IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LANDRY,<br><br>    Petitioner,<br><br>    v.<br><br>TOM FELKER, Warden,<br><br>    Respondent. | No. C-09-5009 TEH (PR)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY |

    Ernest Landry, a prisoner at High Desert State Prison in Susanville, California, has filed a second or successive pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a 1996 conviction and life sentence imposed under the Three Strikes law by the Santa Clara County Superior Court. Petitioner claims that trial counsel was ineffective for failing to challenge prior convictions that were used to enhance his sentence. Doc. #1. On December 12, 2000, this Court rejected an earlier challenge to the same judgment, which included the same claim of ineffective assistance of trial counsel Petitioner raises in the instant Petition. See Landry v. Ayers, No. C-99-3877 TEH (PR) (N.D.

1  Cal. filed Aug. 16, 1999), Doc. #18 at 12-14.

2      A second or successive petition may not be filed in this
3  Court unless Petitioner first obtains from the United States Court
4  of Appeals for the Ninth Circuit an Order authorizing this Court to
5  consider the Petition.  See 28 U.S.C. § 2244(b)(3)(A).  Petitioner,
6  however, has not obtained such an order from the Ninth Circuit.
7  Accordingly, the Petition is DISMISSED without prejudice to refiling
8  if Petitioner obtains the requisite Order.

9      Further, a Certificate of Appealability is DENIED.  <u>See</u>
10 Rule 11(a) of the Rules Governing Section 2254 Cases (effective Dec.
11 1, 2009).  Petitioner may not appeal the denial of a Certificate of
12 Appealability in this Court but may seek a certificate from the
13 Ninth Circuit under Rule 22 of the Federal Rules of Appellate
14 Procedure.  Id.

15     The Clerk is directed to terminate all pending motions as
16 moot and close the file.

18     IT IS SO ORDERED.

21 DATED   01/07/10   _____
22                            THELTON E. HENDERSON
                            United States District Judge

26 G:\PRO-SE\TEH\HC.09\Landry-09-5009-dismiss-successive.wpd

**2**