UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERNEST LANDRY,

        Plaintiff,

  v.

TOM FELKER et al,

        Defendant.

Case Number: CV09-05009 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernest Landry Prisoner Id H81616  
High Desert State Prison  
P O Box 3030  
Susanville, CA 96127

Dated: January 8, 2010

Richard W. Wieking, Clerk  
By: R.B. Espinosa, Deputy Clerk